UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL GROSS | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: 1:17-cv-00718-GLR |
| GARY BIRCHFIELD, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT ORDER MODIFYING SCHEDULING ORDER

By consent of the parties the Scheduling Order issued on March 20, 2017 is hereby modified as follows:

### DEADLINES

| | |
|---|---|
| September 15, 2017: | Discovery deadline; submission of status report |
| September 22, 2017: | Requests for admission |
| October 20, 2017: | Dispositive pretrial motions deadline |

All other deadlines in the original Scheduling Order remain unchanged.

Approved as to form and content:

| | |
|---|---|
| */s/ Keith R. Siskind, Esquire* | */s/ Stephen J. Marshall, Esquire* |
| Keith R. Siskind, Esquire # 04415 | Stephen J. Marshall, Esquire # 29632 |
| Steinhardt, Siskind and Associates, LLC | Franklin & Prokopik |
| 808 Landmark Drive, Suite 227 | The B&O Building |
| Glen Burnie, Maryland 21061 | Two North Charles Street, Suite 600 |
| 410-766-7630 | Baltimore, MD 21201 |
| Attorney for Plaintiff | 410-752-8700 |
| | Attorney for Defendant |

So approved this _____ day of _____, 2017

_____
George L. Russell, III,
United States District Judge

1